**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Aruvana Das, | ) | |
| | ) | |
| Plaintiff, | ) | **SCHEDULING ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| St. Joseph's Hospital of Dickinson, a North | ) | |
| Dakota Nonprofit Corporation, Helen | ) | |
| Dosch, D.O., Amy Oksa, M.D., Johnny | ) | |
| Perez, M.D., and Gregg Kovacs, D.O., | ) | Case No. 1:07-cr-003 |
| | ) | |
| Defendants. | ) | |

The court has been advised by the parties that they have had difficulty consummating a settlement agreement possibly due in part to the unavailability of the plaintiff because of medical reasons. Because this matter needs to resolved one way or the other, it is hereby **ORDERED** as follows:

1. Plaintiff shall file a written response to defendant's motion to compel discovery at Doc. No. 24 on or before November 5, 2008.

2. Plaintiff shall file a written response to the pending motions for summary judgment on or before December 1, 2008, and defendants will be allowed the time prescribed by the rules for making a reply.

3. Trial is rescheduled for 2/17/2009 at 9:30 AM in Courtroom 1 in Bismarck before Chief Judge Daniel L. Hovland (13 days) with a meeting in chambers at 9:00 AM.

4. The final pretrial conference is rescheduled for February 10, 2009, at 10:00 AM by telephone conference with Magistrate Judge Miller with the call to be initiated by the court.

5. A hearing will be held on the record on November 14, 2008, by telephone conference with Magistrate Judge Miller at 10:00 AM to discuss the outstanding discovery motion, any scheduling problems and objections, and any additional scheduling that needs to be accomplished.

5. Any motions by attorneys to withdraw from the case must be filed on or before November 14, 2008.  After that date, any motion to withdraw will likely not be honored.

Dated this 14 day of October, 2008.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court