**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Arunava Das, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| | ) | |
| St. Joseph's Hospital of Dickinson, a | ) | Case No. 1:07-cv-003 |
| North Dakota Nonprofit Corporation, Amy | ) | |
| Oksa, M.D., and Johnny Perez, M.D., | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is a "Stipulation for Dismissal" filed on November 26, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No. 46) and **ORDERS** that the case be dismissed with prejudice and without costs to any party.

**IT IS SO ORDERED.**

Dated this 2nd day of December, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court